**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6278

STANLEY HARLEY,

Plaintiff - Appellant,

versus

KENNETH BRADFORD; DONALD KITT; BERNARD WALKER;
VIOLA BLACK; JOHN DELOACH; VALERIE JONES;
SHIRLEY S. MARACHESI; GEORGE T. HAGAN; CARL J.
FREDERICK; UNIDENTIFIED INDIVIDUALS,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (6:06-cv-01852-GRA)

Submitted: June 21, 2007               Decided:  June 28, 2007

Before NIEMEYER, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stanley Harley, Appellant Pro Se. Marshall Hodges Waldron, Jr.,
Keely Mikhael McComb McCoy, CAROLINA LITIGATION ASSOCIATES, LLC,
Bluffton, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley Harley appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Harley v. Bradford, No. 6:06-cv-01852-GRA (D.S.C. Feb. 5, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED